J.K.M. Medical Care, P.C., as Assignee of Gethro Louis Jean, Appellant, 
against
USAA Casualty Insurance Company, Respondent.




Law Offices of Melissa Betancourt, P.C. (Melissa Betancourt, Esq.), for appellant.
McDonnell, Adels & Klestzick, PLLC (Linda A. Mule, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Theresa M. Ciccotto, J.), entered June 1, 2015. The order, insofar as appealed from, granted a motion by defendant to the extent of striking the notice of trial and compelling plaintiff to provide responses to specified discovery demands.




ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
For the reasons stated in K.O. Med., P.C., as Assignee of McIntosh Crystal v USAA Cas. Ins. Co. (___ Misc 3d ___, 2017 NY Slip Op _____ [appeal No. 2015-2025 K C], decided herewith), the order, insofar as appealed from, is affirmed.
WESTON, J.P., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 18, 2017